UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
ROCKFORD DIVISION

| | |
|---|---|
| In re: JAMES, JULIE | § Case No. 11-83931 |
| | § |
| | § |
| Debtor(s) | § |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that MEGAN G. HEEG, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
U.S. Bankruptcy Court
Stanley J. Rozkowski U.S. Courthouse
327 S. Church Street
Rockford, IL 61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30 on 07/09/2012 in Courtroom 3100, United States Courthouse, 327 S. Church Stret
Rockford, IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Dated: 05/25/2012   By: /s/MEGAN G. HEEG
Trustee

MEGAN G. HEEG

P.O. Box 447
Dixon, IL 61021
(815) 288-4949

UST Form 101-7-NFR (10/1/2010)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
ROCKFORD DIVISION

In re: JAMES, JULIE § Case No. 11-83931
§
§
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 19,207.27 |
| *and approved disbursements of* | $ 564.11 |
| *leaving a balance on hand of* [1] | $ 18,643.16 |
| **Balance on hand:** | $ 18,643.16 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 18,643.16 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - MEGAN G. HEEG | 2,670.73 | 0.00 | 2,670.73 |
| Attorney for Trustee, Fees - Ehrmann Gehlbach Badger & Lee | 911.25 | 0.00 | 911.25 |
| Attorney for Trustee, Expenses - Ehrmann Gehlbach Badger & Lee | 35.25 | 0.00 | 35.25 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 3,617.23 |
| Remaining balance: | $ 15,025.93 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 15,025.93

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 15,025.93

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 49,001.56 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 30.7 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | 7,332.18 | 0.00 | 2,248.36 |
| 2 | Chase Bank USA, N.A. | 4,869.72 | 0.00 | 1,493.26 |
| 3 | Chase Bank USA, N.A. | 6,125.02 | 0.00 | 1,878.19 |
| 4 | Capital One, N.A. | 1,170.59 | 0.00 | 358.95 |
| 5 | US BANK N.A. | 19,733.87 | 0.00 | 6,051.23 |
| 6 | US BANK N.A. | 8,817.24 | 0.00 | 2,703.73 |
| 7 | CGH Medical Center | 952.94 | 0.00 | 292.21 |

Total to be paid for timely general unsecured claims: $ 15,025.93
Remaining balance: $ 0.00

UST Form 101-7-NFR (10/1/2010)

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By: /s/MEGAN G. HEEG
Trustee

MEGAN G. HEEG

P.O. Box 447
Dixon, IL 61021
(815) 288-4949

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                Case No. 11-83931-MB
Julie James                                                           Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-3          User: lorsmith          Page 1 of 2          Date Rcvd: Jun 01, 2012
                              Form ID: pdf006         Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 03, 2012.
```
db            #+Julie James,    507 Jenkran Street #3,    Morrison, IL 61270-3012
17764021      +CGH Medical Center,    c/o RRCA Acts. Mgt., Inc.,    201 E. Third St,    Sterling, IL 61081-3611
18052588      +Capital One, N.A.,    c/o Creditors Bankrupcty Service,    P.O. Box 740933,    Dallas, TX 75374-0933
17764022      +Chase,   Po Box 15298,    Wilmington, DE 19850-5298
18046698       Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
17764024      +Gateway Surgery Center,    841 Springdale Drive,    Clinton, IA 52732-3579
17764019      +James Julie,    507 Jenkran Street #3,    Morrison, IL 61270-3012
17764028      +ORA Orthopedics,    2300 53rd Ave., Suite LL04,    Bettendorf, IA 52722-7565
17764029      +Quad City Ambulatory,    520 Valley View Drive #300,    Moline, IL 61265-6152
17764030      +Rrca Account Mgmt,    201 E. 3rd Street,    Sterling, IL 61081-3611
18069098     ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
              (address filed with court: US BANK N.A.,     BANKRUPTCY DEPARTMENT,    POB 5229,
               CINCINNATI, OH 45201-5229)
17764031      +Us Bank Home Mortgage,    P.o. Box 20005,    Owensboro, KY 42304-0005
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
17976173       E-mail/PDF: mrdiscen@discoverfinancial.com Jun 02 2012 04:32:33      Discover Bank,
               DB Servicing Corporation,    PO Box 3025,    New Albany, OH 43054-3025
17764023      +E-mail/PDF: mrdiscen@discoverfinancial.com Jun 02 2012 04:32:33      Discover Fin Svcs Llc,
               Po Box15316,    Wilmington, DE 19850-5316
17764025      +E-mail/Text: bankruptcy@hraccounts.com Jun 02 2012 04:09:40       H And  R Accounts Inc,
               7017 John Deere Pkwy,    Moline, IL 61265-8072
17764026      +E-mail/Text: bnckohlsnotices@becket-lee.com Jun 02 2012 04:11:02       Kohls/capone,    Po Box 3115,
               Milwaukee, WI 53201-3115
17764027      +E-mail/Text: teverson@maclinton.com Jun 02 2012 04:21:59       Medical Associates, PLC,
               915 13th Avenue North,    Clinton, IA 52732-5099
17764020       E-mail/Text: ELOHSE@FRONTIERNET.NET Jun 02 2012 05:22:03      Thomas H Senneff,
               408 11th Ave PO Box 347,    Fulton, IL 61252-0347
                                                                                               TOTAL: 6

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
17764032*    ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
              (address filed with court: Us Bank/na Nd,     4325 17th Ave S,    Fargo, ND  58125)
                                                                                               TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 03, 2012**          **Signature:**    *Joseph Speetjens*

```
District/off: 0752-3           User: lorsmith              Page 2 of 2                   Date Rcvd: Jun 01, 2012
                               Form ID: pdf006             Total Noticed: 18
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 31, 2012 at the address(es) listed below:
          Megan G Heeg   on behalf of Trustee Megan Heeg heeg@egbbl.com
          Megan G Heeg   heeg@egbbl.com, IL55@ecfcbis.com
          Patrick S Layng   USTPRegion11.MD.ECF@usdoj.gov
          Thomas H Senneff   on behalf of Debtor Julie James thomassenneff@frontiernet.net
                                                                                                   TOTAL: 4