**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**ROCKFORD DIVISION**

In re: JAMES, JULIE    § Case No. 11-83931
                      §
                      §
                      §
Debtor(s)             §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

MEGAN G. HEEG, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $166,486.71         Assets Exempt: $12,823.89
*(without deducting any secured claims)*

Total Distribution to Claimants: $15,025.93    Claims Discharged
                                               Without Payment: $35,503.95

Total Expenses of Administration: $4,181.34

3) Total gross receipts of $ 19,207.27 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $19,207.27 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $61,576.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 4,181.34 | 4,181.34 | 4,181.34 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 46,493.32 | 49,001.56 | 49,001.56 | 15,025.93 |
| **TOTAL DISBURSEMENTS** | $108,069.32 | $53,182.90 | $53,182.90 | $19,207.27 |

4) This case was originally filed under Chapter 7 on September 06, 2011. The case was pending for 13 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 09/19/2012          By: /s/MEGAN G. HEEG
                                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Other Personal Property (unscheduled) | 1229-000 | 17,899.89 |
| TAX REFUNDS | 1224-000 | 1,306.96 |
| Interest Income | 1270-000 | 0.42 |
| **TOTAL GROSS RECEIPTS** | | **$19,207.27** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Us Bank Home Mortgage | 4110-000 | 61,576.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$61,576.00** | **$0.00** | **$0.00** | **$0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| MEGAN G. HEEG | 2100-000 | N/A | 2,670.73 | 2,670.73 | 2,670.73 |
| Ehrmann Gehlbach Badger & Lee | 3110-000 | N/A | 911.25 | 911.25 | 911.25 |
| Ehrmann Gehlbach Badger & Lee | 3120-000 | N/A | 35.25 | 35.25 | 35.25 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | | | | |
|---|---|---|---|---|---|
| The Bank of New York Mellon | 2600-000 | N/A | 28.19 | 28.19 | 28.19 |
| The Bank of New York Mellon | 2600-000 | N/A | 36.72 | 36.72 | 36.72 |
| The Bank of New York Mellon | 2600-000 | N/A | 38.98 | 38.98 | 38.98 |
| The Bank of New York Mellon | 2600-000 | N/A | 35.25 | 35.25 | 35.25 |
| The Bank of New York Mellon | 2600-000 | N/A | 37.28 | 37.28 | 37.28 |
| The Bank of New York Mellon | 2600-000 | N/A | 37.69 | 37.69 | 37.69 |
| Carl C. Swanson, CPA | 3410-000 | N/A | 350.00 | 350.00 | 350.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $4,181.34 | $4,181.34 | $4,181.34 |

### EXHIBIT 5 — PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

### EXHIBIT 6 — PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 7 — GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank | 7100-000 | 6,735.00 | 7,332.18 | 7,332.18 | 2,248.36 |
| 2 | Chase Bank USA, N.A. | 7100-000 | 4,385.00 | 4,869.72 | 4,869.72 | 1,493.26 |
| 3 | Chase Bank USA, N.A. | 7100-000 | 5,475.00 | 6,125.02 | 6,125.02 | 1,878.19 |
| 4 | Capital One, N.A. | 7100-000 | 1,181.00 | 1,170.59 | 1,170.59 | 358.95 |
| 5 | US BANK N.A. | 7100-000 | 18,894.00 | 19,733.87 | 19,733.87 | 6,051.23 |
| 6 | US BANK N.A. | 7100-000 | 8,295.00 | 8,817.24 | 8,817.24 | 2,703.73 |
| 7 | CGH Medical Center | 7100-000 | N/A | 952.94 | 952.94 | 292.21 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Medical Associates, PLC | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Rrca Account Mgmt | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | ORA Orthopedics | 7100-000 | 183.85 | N/A | N/A | 0.00 |
| NOTFILED | Quad City Ambulatory | 7100-000 | 272.12 | N/A | N/A | 0.00 |
| NOTFILED | H And R Accounts Inc | 7100-000 | 219.00 | N/A | N/A | 0.00 |
| NOTFILED | CGH Medical Center | 7100-000 | 775.69 | N/A | N/A | 0.00 |
| NOTFILED | Gateway Surgery Center | 7100-000 | 77.66 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $46,493.32 | $49,001.56 | $49,001.56 | $15,025.93 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-83931  **Trustee:** (330490) MEGAN G. HEEG
**Case Name:** JAMES, JULIE  **Filed (f) or Converted (c):** 09/06/11 (f)
 **§341(a) Meeting Date:** 10/21/11
**Period Ending:** 09/19/12  **Claims Bar Date:** 01/24/12

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1 | Debtor's home located at 507 Jenkran 61270- valu | 72,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | Advantage One Credit Union Checking Account | 291.18 | 0.00 | DA | 0.00 | FA |
| 3 | Advantage One Credit Union Savings Account in ba | 108.71 | 0.00 | DA | 0.00 | FA |
| 4 | One lot of ordinary household goods and furnishi | 1,500.00 | 0.00 | DA | 0.00 | FA |
| 5 | One lot of ordinary wearing apparel owned by deb | 500.00 | 0.00 | DA | 0.00 | FA |
| 6 | Fidelity Investments 401(k) plan through employe | 92,086.82 | 0.00 | DA | 0.00 | FA |
| 7 | Other Personal Property (unscheduled) (u)   Return of cashed in retirement given to Debtor's mom for safe-keeping | 0.00 | 17,899.89 | | 17,899.89 | FA |
| 8 | TAX REFUNDS (u)   68% of fed and state tax refunds. 2/20/12 demand made. | Unknown | 1,306.96 | | 1,306.96 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 0.42 | FA |
| 9 | Assets Totals (Excluding unknown values) | **$166,486.71** | **$19,206.85** | | **$19,207.27** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**  May 1, 2012  **Current Projected Date Of Final Report (TFR):**  May 25, 2012  (Actual)

Case 11-83931   Doc 32   Filed 10/01/12   Entered 10/01/12 11:04:25   Desc Main
Document   Page 7 of 8

Exhibit 9

# FORM 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 11-83931
**Case Name:** JAMES, JULIE

**Taxpayer ID #:** \*\*-\*\*\*6120
**Period Ending:** 09/19/12

**Trustee:** MEGAN G. HEEG (330490)
**Bank Name:** The Bank of New York Mellon
**Account:** 9200-\*\*\*\*\*\*69-65 - Checking Account
**Blanket Bond:** $1,500,000.00 (per case limit)
**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 11/04/11 | {7} | Julie James | retirement funds | 1229-000 | 17,899.89 | | 17,899.89 |
| 11/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.12 | | 17,900.01 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 28.19 | 17,871.82 |
| 12/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.15 | | 17,871.97 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 36.72 | 17,835.25 |
| 01/31/12 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.15 | | 17,835.40 |
| 01/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 38.98 | 17,796.42 |
| 02/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 35.25 | 17,761.17 |
| 03/19/12 | {8} | Robert and Ruby James | tax refund | 1224-000 | 1,306.96 | | 19,068.13 |
| 03/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 37.28 | 19,030.85 |
| 04/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 37.69 | 18,993.16 |
| 05/24/12 | 1001 | Carl C. Swanson, CPA | CPA fees due per court order 5/9/12 | 3410-000 | | 350.00 | 18,643.16 |
| 07/24/12 | 1002 | MEGAN G. HEEG | Dividend paid 100.00% on $2,670.73, Trustee Compensation; Reference: | 2100-000 | | 2,670.73 | 15,972.43 |
| 07/24/12 | 1003 | Ehrmann Gehlbach Badger & Lee | Dividend paid 100.00% on $911.25, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 911.25 | 15,061.18 |
| 07/24/12 | 1004 | Ehrmann Gehlbach Badger & Lee | Dividend paid 100.00% on $35.25, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 35.25 | 15,025.93 |
| 07/24/12 | 1005 | Discover Bank | Dividend paid 30.66% on $7,332.18; Claim# 1; Filed: $7,332.18; Reference: 6011007080710691 | 7100-000 | | 2,248.36 | 12,777.57 |
| 07/24/12 | 1006 | Chase Bank USA, N.A. | Dividend paid 30.66% on $4,869.72; Claim# 2; Filed: $4,869.72; Reference: 5183371700057972 | 7100-000 | | 1,493.26 | 11,284.31 |
| 07/24/12 | 1007 | Chase Bank USA, N.A. | Dividend paid 30.66% on $6,125.02; Claim# 3; Filed: $6,125.02; Reference: 4559542000530632 | 7100-000 | | 1,878.19 | 9,406.12 |
| 07/24/12 | 1008 | Capital One, N.A. | Dividend paid 30.66% on $1,170.59; Claim# 4; Filed: $1,170.59; Reference: 040419221352 | 7100-000 | | 358.95 | 9,047.17 |
| 07/24/12 | 1009 | US BANK N.A. | Dividend paid 30.66% on $19,733.87; Claim# 5; Filed: $19,733.87; Reference: 4037698875693269 | 7100-000 | | 6,051.23 | 2,995.94 |
| 07/24/12 | 1010 | US BANK N.A. | Dividend paid 30.66% on $8,817.24; Claim# 6; Filed: $8,817.24; Reference: 4355778566590927 | 7100-000 | | 2,703.73 | 292.21 |
| 07/24/12 | 1011 | CGH Medical Center | Dividend paid 30.66% on $952.94; Claim# 7; Filed: $952.94; Reference: | 7100-000 | | 292.21 | 0.00 |

Subtotals :   $19,207.27   $19,207.27

{} Asset reference(s)

Printed: 09/19/2012 10:19 AM   V.13.03

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 11-83931  
**Case Name:** JAMES, JULIE  

**Taxpayer ID #:** **-***6120  
**Period Ending:** 09/19/12  

**Trustee:** MEGAN G. HEEG (330490)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******69-65 - Checking Account  
**Blanket Bond:** $1,500,000.00   (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | **ACCOUNT TOTALS** | | **19,207.27** | **19,207.27** | **$0.00** |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | **19,207.27** | **19,207.27** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$19,207.27** | **$19,207.27** | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **Checking # 9200-******69-65** | 19,207.27 | 19,207.27 | 0.00 |
| | **$19,207.27** | **$19,207.27** | **$0.00** |